**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| **THOMAS VIEL, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**VGW, LTD, et al.,**<br><br>**Defendants.** | **Case No. 4:25-cv-12416-MRG** |

**JOINT STATUS REPORT ON ARBITRATION**

Pursuant to this Court's Order dated June 18, 2026 (Doc. 24), the parties submit this joint status report on arbitration and state as follows:

1. This Court so-ordered the parties' joint stipulation to submit Plaintiff's claims in the first instance to arbitration on January 20, 2026 (Doc. 20).

2. The arbitration, which was already filed as of January 20, 2026, remains pending.

3. The parties propose to submit another status report within 90 days.

Dated: September 10, 2026

Respectfully submitted,

*/s/ John E. Norris (with permission)*
John E. Norris (*pro hac vice*)
Dargan M. Ware (*pro hac vice*)
DAVIS & NORRIS LLP
2154 Highland Avenue South
Birmingham, AL 35205
(205) 930-9900
jnorris@davisnorris.com
dware@davisnorris.com

Brian L. Kinsley (MA BBO # 641623)
COX, STANSBERRY & KINSLEY
113 2nd Ave., NE
P.O. Box 40
Cullman, AL 35056
(205) 598-4228
blkinsley@cskattorneys.com

*Attorneys for Plaintiff*

*/s/ Gregory D. Beaman*
Behnam Dayanim (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
(202) 339-8613
bdayanim@orrick.com

Gregory D. Beaman (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000
gbeaman@orrick.com

Matthew D. LaBrie (MA BBO # 693698)
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley St., Ste. 2000
Boston, MA 02116
(617) 880-1800
mlabrie@orrick.com

Michael Rosenberg (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
353 N. Clark Street, Suite 3600
Chicago, IL 60654
(312) 924-9800
mrosenberg@orrick.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September 2026, the foregoing document was served on all counsel of record for Plaintiff and Defendants via the Court's CM/ECF system.

*/s/ Gregory D. Beaman*
Gregory D. Beaman